**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | | |
|---|---|---|
| | * | |
| **TRISTON COOPER,** | * | |
| **Plaintiff,** | * | **Case No.: GJH-19-1334** |
| | * | |
| **v.** | * | |
| **EDGEWOOD MANAGEMENT CORP.,** | * | |
| **Defendant.** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM OPINION AND ORDER**

Plaintiff Triston Cooper, proceeding *pro se*, filed a nine-count Complaint against Defendant Edgewood Management Corporation, alleging sex-based hostile work environment, disparate treatment, and retaliation under Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.* (Counts I through VI), intentional infliction of emotional distress (Count VII), defamation (Count VIII), and violations of the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq.* (Count IX). ECF No. 1.

On March 10, 2021, this Court dismissed all claims in Counts I through VI. ECF No. 25; ECF No. 26. The Court also dismissed all claims in Count IX without prejudice. ECF No. 26. Finally, because Plaintiff's federal claims were dismissed, the Court dismissed Plaintiff's state law claims—those brought in Counts VII and VIII—pursuant to 28 U.S.C. § 1367(c)(3). *See* ECF No. 25 at 13. However, the Court provided Plaintiff 21 days in which to file an Amended Complaint with respect to Count IX, stating that if he failed to do so, all of his federal claims would be dismissed with prejudice. ECF No. 26. Plaintiff has not filed an Amended Complaint.

Accordingly, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. All claims in Count XI are **DISMISSED**;

2. The Clerk **SHALL CLOSE** the case; and,

3. The Clerk **SHALL MAIL** a copy of this Order to Plaintiff.


Dated: <u>April   14, 2021</u>                                        /s/_____
                                                                GEORGE J. HAZEL
                                                                United States District Judge